IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ASHER JOSEPH ROSENZWEIG**                                                              **PLAINTIFF**

V.                                      **CASE NO. 5:22-CV-5125**

**DEPUTY LARALYN KOSTER**
**and NURSE TRACEY ROBISON, LPN**                                        **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 34) filed in this case on August 16, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that the Motion for Summary Judgment filed by Deputy Koster (Doc. 20) and the Motion for Summary Judgment filed by Nurse Robison (Doc. 27) are both **GRANTED**.   The case is therefore **DISMISSED WITH PREJUDICE**.  Judgment shall enter accordingly.

**IT IS SO ORDERED** on this 13th day of September, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE